# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED

DEC - 8 2015

CLERK ... COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ acc DEPUTY

UNITED STATES OF AMERICA,

               Plaintiff,

      vs.

SEAN CLEON SARTIN,

               Defendant.

CASE NO. 14cr3251-GPC

**JUDGMENT OF DISMISSAL**

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

____  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____  the Court has dismissed the case for unnecessary delay; or

_X_  the Court has granted the motion of the Government for dismissal, without prejudice; or

____  the Court has granted the motion of the defendant for a judgment of acquittal; or

____  a jury has been waived, and the Court has found the defendant not guilty; or

____  the jury has returned its verdict, finding the defendant not guilty;

_X_  of the offense as charged in the Information:

8:1324(a)(1)(A)(ii)(v)(II)

_____

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: DECEMBER 8, 2015

_____
Nita L. Stormes
U.S. Magistrate Judge